1                                                                    1

1                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
2                            EASTERN DIVISION

3    UNITED STATES OF AMERICA,              )
                                            )
4               Plaintiff,                  )
                                            )
5               vs.                         )  No. 11 CR 699-1
                                            )
6    YIHAO PU, also known as Ben Pu,        )  Chicago, Illinois
                                            )  May 20, 2016
7               Defendant.                  )  10:30 A.M.

8                    TRANSCRIPT OF PROCEEDINGS - Status
              BEFORE THE HONORABLE CHARLES R. NORGLE, SR.
9
     APPEARANCES:
10
     For the Government:        HON. ZACHARY FARDON
11                              219 South Dearborn Street
                                Chicago, Illinois  60604
12                              BY:  MR. PATRICK MARK OTLEWSKI

13   For the Defendant:         FLACHSBART & GREENSPOON, LLC
                                333 North Michigan Avenue
14                              27th Floor
                                Chicago, Illinois   60601
15                              BY:  MR. WILLIAM W. FLACHSBART

16

17

18
                        PAMELA S. WARREN, CSR, RPR
19                        Official Court Reporter
                        219 South Dearborn Street
20                              Room 2342
                        Chicago, Illinois   60604
21                            (312) 408-5100

22

23

24

25

1          (Proceedings had in open court.)

2               THE CLERK:  11 CR 699, USA versus Yihao Pu.

3               MR. OTLEWSKI:  Good morning, your Honor.  Patrick

4     Otlewski on behalf of the United States.

5               THE COURT:  Good morning.

6               MR. FLACHSBART:  Good morning, your Honor.  William

7     Flachsbart on behalf of Ben Pu.

8               THE COURT:  Good morning.

9          How does the matter come before the Court this

10    morning?

11              MR. OTLEWSKI:  Your Honor, when we were in court on

12    Monday, the Court recommended to the parties that they meet and

13    confer regarding restitution.  The parties have met.  We have

14    conferred, and I believe we are in a position to set the amount

15    of restitution.  It is an agreed upon number in the amount of

16    $759,649.55.

17              THE COURT:  Is that the agreed restitution figure?

18              MR. FLACHSBART:  That's correct, your Honor.

19              THE COURT:  All right.  The Court has reviewed the

20    earlier submissions.  That is -- is that even near the figure

21    submitted in those earlier submissions?

22              MR. FLACHSBART:  That is the exact number, your Honor.

23              THE COURT:  All right.  This is by agreement.

24         And has Mr. Pu agreed to this as well?

25              MR. FLACHSBART:  Yes.

1    THE COURT:  Can you represent that you discussed this

2  with your client?

3    MR. FLACHSBART:  I spoke to him on the telephone two

4  days ago.

5    THE COURT:  All right.  The Court accepts the agreed

6  restitution figure, 759,649.55.  It is so ordered.

7    MR. OTLEWSKI:  Your Honor, if the Court could then

8  include as part of the Judgment and Commitment Order that this

9  defendant be jointly and severally liable for that amount with

10  his co-defendant.  That co-defendant's restitution amount is

11  jointly and severally liable with this one.

12    THE COURT:  Now with respect to interest, what is the

13  government's position?

14    MR. OTLEWSKI:  Your Honor --

15    THE COURT:  Interest on the restitution figure.

16    MR. OTLEWSKI:  Your Honor, I'd have to look.  I think

17  this matter was addressed in our plea agreement in how to

18  calculate interest.  I don't believe that interest is covered

19  under the -- under Section 35.

20    MR. FLACHSBART:  I don't think there is there --

21       (Discussion off the record.)

22    MR. OTLEWSKI:  I think that's correct.

23    THE COURT:  If the defendant has the ability to pay

24  interest, then interest should be a part of the restitution

25  judgment.

1      MR. FLACHSBART:  The defendant does not.

2      MR. OTLEWSKI:  Your Honor, we would simply ask that

3  the Court impose the amount of restitution that the

4  co-defendant has.  The co-defendant does not have an order to

5  pay interest on the amount of restitution.

6      THE COURT:  All right.

7      MR. OTLEWSKI:  So just for consistency's sake, we'd

8  ask that the same restitution order apply to --

9      THE COURT:  And also to eliminate any disparity on the

10  restitution figure.

11      MR. OTLEWSKI:  That's correct.

12      THE COURT:  So the Court did not require the

13  co-defendant to pay interest on the restitution.

14      MR. OTLEWSKI:  The Court did not.

15      THE COURT:  It is so ordered in this case as well.

16      MR. OTLEWSKI:  Thank you.

17      THE COURT:  759,649.55 without interest.

18      THE CLERK:  I'm checking the box that says interest is

19  waived.

20      THE COURT:  Interest is waived.  It is so ordered.

21      MR. OTLEWSKI:  Thank you, your Honor.

22      THE COURT:  Thank you, counsel.

23      MR. FLACHSBART:  And just for clarity, your Honor, it

24  is going to be joint and several with Sahil Uppal?

25      THE COURT:  Yes.

1    MR. FLACHSBART:  Great.  Thank you, your Honor.

2    THE COURT:  Okay.

3    MR. FLACHSBART:  And could we have the Judgment and

4  Commitment Order entered?

5    THE COURT:  Mr. Fulbright will prepare it during the

6  course of the day, and I expect to sign it.

7    MR. FLACHSBART:  Great.

8    MR. OTLEWSKI:  Thank you, your Honor.

9    (Which concluded the proceedings:)

10                     CERTIFICATE

11    I HEREBY CERTIFY that the foregoing is a true, correct

12  and complete transcript of the proceedings had at the hearing

13  of the aforementioned cause on the day and date hereof.

14

15  */s/Pamela S. Warren*                November 29, 2016
    Official Court Reporter                  Date
16  United States District Court
    Northern District of Illinois
17  Eastern Division

18

19

20

21

22

23

24

25